■ In the Matter of Frank L. Miller, for Reinstatement. — Motion to confirm the Referee's report granted and the motion for reinstatement is denied. Concur — Birns, J.P., Sandler, Ross, Lupiano and Silverman, JJ.